IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK CAMPBELL,** **PLAINTIFF**
**ADC #144234**

CASE NO. 5:17-CV-336-JLH-BD

V.

**DANNY BURL, et al.** **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Campbell's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Campbell's claims are DISMISSED, with prejudice. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE